THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMETRE MACON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>　　　　　Defendant. | No. 2:12-cv-260-RAJ<br><br>JOINT STIPULATED MOTION FOR COURT ORDER TO RELEASE SUBPOENAED RECORDS<br><br>[PROPOSED] ORDER |

**STIPULATION**

On March 15, 2013, Defendant United Parcel Service, Inc. ("UPS") issued a subpoena to the Department of Veterans Affairs – Puget Sound ("VA"), seeking Ms. Macon's medical records pursuant to the Court's Order on discovery (Dkt. # 60). Attached as Exhibit A is a true and accurate copy of the subpoena. On April 4, the VA contacted UPS by phone and stated that due to federal privacy laws, it would not release Ms. Macon's medical records without a signed release or a court order compelling their release. On April 5, the VA sent UPS a fax reiterating that it would not release Ms. Macon's medical records. Attached as Exhibit B is a true and accurate copy of the fax. The parties, therefore, jointly move the Court to order the release of

– 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

the medical records sought by UPS's subpoena and respectfully request that the Court adopt their proposed order at its earliest convenience.

STIPULATED AND AGREED this 17th day of April, 2013.

| | |
|---|---|
| By: *s/ Andrew Moriarty* <br> By: *s/ Tobias S. Piering* <br> Andrew Moriarty, #28651 <br> Tobias S. Piering, #44560 <br> **Perkins Coie LLP** <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA  98101-3099 <br> Telephone:  206.359.8000 <br> Facsimile:  206.359.9000 <br> Email:  AMoriarty@perkinscoie.com <br>            TPiering@perkinscoie.com <br> Attorneys for Defendant <br> United Parcel Service, Inc. | By: *s/ Noah C. Davis* <br> Noah C. Davis, #30939 <br> IN PACTA, PLLC <br> 801 Second Ave., Suite 307 <br> Seattle, WA  98104 <br> Telephone:  206.709-8281 <br> Facsimile:  206.860-0178 <br> Email:  nd@inpacta.com <br> Attorneys for Plaintiff <br> Dametre Macon |

**ORDER**

THIS MATTER came before the Court on the parties' Joint Stipulated Motion for Court Order to Release Subpoenaed Records.  The Court has considered the parties' motion, and the pleadings, declarations, exhibits on file in this case.  The Court has considered the Joint Motion, and finding good cause to grant it, and otherwise being fully advised, the Court hereby:

ORDERS the Department of Veterans Affairs to release Plaintiff's medical records requested by Defendant in Attachment A to its subpoena to the Department of Veterans Affairs – Puget Sound, dated Mach 15, 2013.

DATED this 18th day of April, 2013.

_____
The Honorable Richard A. Jones
United States District Judge