HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAMETRE MACON,

        Plaintiff,

   v.

UNITED PARCEL SERVICE, INC.,

        Defendant.

CASE NO. C12-260 RAJ

ORDER

     This matter comes before the court on defendant's motion for summary judgment. Dkt. # 76. Defendant filed the motion on June 27, 2013 and noted the motion for July 26, 2013. Pro se plaintiff has not filed an opposition, or any other document requesting an extension of time. Plaintiff also has not registered with the court using the District Court's procedure for pro se registrants or provided a physical address where she is willing to receive service of filings in this case in violation of this court's order. Dkt. # 75. On August 21, 2013, the court ordered plaintiff to show cause why this case should not be dismissed for her failure to oppose the motion for summary judgment and her failure to register with the court in violation of a court order. Plaintiff had until August 30, 2013 to respond. To date, the court has not received a response from plaintiff.

ORDER- 1

1   For all the foregoing reasons, the court GRANTS defendants' motion for summary
2 judgment (Dkt. # 76) for plaintiff's failure to oppose and failure to register with the court
3 in violation of a court order.  The court also DENIES defendant's motion to seal (Dkt. #
4 83).  Plaintiff has put her medical condition relating to her disability at issue by alleging
5 disability discrimination.  The clerk is DIRECTED to UNSEAL Dkt. # 85, to close this
6 case, and to email a copy of this order to plaintiff at her last known email address at
7 dmmacon@gmail.com.
8   Dated this 16th day of September, 2013.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2